Certificate Number: 14781-INN-CC-036927638



14781-INN-CC-036927638

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 25, 2022, at 10:49 o'clock AM CDT, Cathy Weaver received from Hananwill Credit Counseling, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Northern District of Indiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 25, 2022                    By:      /s/Jay W Prindable for Jon F Kennedy

                                            Name:   Jon F Kennedy

                                            Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).