# Notice Recipients

District/Off: 0755–3                User: admin                Date Created: 10/28/2022

Case: 22–31102–pes                Form ID: 309A              Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Cathy Jo Ann Weaver        714 Carlton St        Mishawaka, IN 46544
ust      Nancy J. Gargula        100 East Wayne Street, 5th Floor        South Bend, IN 46601–2349
tr       Rebecca Hoyt Fischer        525 E. Colfax Ave., Unit #101        South Bend, IN 46617
aty      John Madison Sadler        Geraci Law L.L.C.        55 East Monroe St. Suite #3400        Chicago, IL 60603
smg      Indiana Employment Security Division        10 North Senate Street        Indianapolis, IN 46204
15498193 Bank of America        Attn: Bankruptcy Dept.        PO BOX 982238        EL PASO,TX 79998
15498191 Barclays Bank Delaware        Attn: Bankruptcy Dept.        PO BOX 8803        WILMINGTON,DE 19899
15498192 Citicards Cbna        Attn: Bankruptcy Dept.        PO BOX 6241        SIOUX FALLS,SD 57117
15498195 Citizens Bank Na        Attn: Bankruptcy Dept.        480 JEFFERSON BLVD        WARWICK,RI 02886
15498194 Commerce Bk        Attn: Bankruptcy Dept.        PO BOX 411036        KANSAS CITY,MO 64141
15498198 Equifax        Attn: Bankruptcy Dept.        Po Box 740241        Atlanta,Ga 30374
15498197 Experian        Attn: Bankruptcy Dept.        Po Box 2002        Allen,Tx 75013
15498187 Grand Canyon Universit        Attn: Bankruptcy Dept.        3300 W CAMELBACK RD        PHOENIX,AZ 85017
15498568 Indiana Department of Revenue        Bankruptcy Section        100 North Senate Avenue, N240        Indianapolis IN 46204
15498188 Jpmcb Card        Attn: Bankruptcy Dept.        PO BOX 15369        WILMINGTON,DE 19850
15498190 Jpmcb Card        Attn: Bankruptcy Dept.        PO BOX 15369        WILMINGTON,DE 19850
15498201 Small Business Administration        Bankruptcy Department        801 Tom Martin Dr., Ste. 201        Birmingham,AL 35211–6424
15498567 St. Joseph County Treasurer        County City Building        227 West Jefferson Blvd        South Bend IN 46601
15498199 The Evolutionary Level Above Human, Inc. d/b/a The        C/O Messner Reeves LLP        7250 N. 16th St, Ste 410        Case # 22–CV–00395        Phoenix,AZ 85020
15498196 Transunion        Attn: Bankruptcy Dept.        Po Box 1000        Chester,Pa 19022
15498200 US District Court, Northern District of Indiana        Bankruptcy Dept        1300 S. Harrison St        Case # 22–CV–00395        Fort Wayne,IN 46802
15498189 Us Dept of Ed/Glelsi        Attn: Bankruptcy Dept.        PO BOX 7860        MADISON,WI 53707

                                                                                        TOTAL: 22