United States Bankruptcy Court

Northern District of Indiana

In re:                                                                          Case No. 22-31102-pes

Cathy Jo Ann Weaver                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 28, 2022                       Form ID: 309A                              Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Jo Ann Weaver, 714 Carlton St, Mishawaka, IN 46544-4562 |
| 15498199 | + | The Evolutionary Level Above Human, Inc. d/b/a The, C/O Messner Reeves LLP, 7250 N. 16th St, Ste 410, Case # 22-CV-00395, Phoenix,AZ 85020-5264 |
| 15498200 | + | US District Court, Northern District of Indiana, Bankruptcy Dept, 1300 S. Harrison St, Case # 22-CV-00395, Fort Wayne,IN 46802-3435 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mer@geracilaw.com | Oct 29 2022 00:06:00 | John Madison Sadler, Geraci Law L.L.C., 55 East Monroe St. Suite #3400, Chicago, IL 60603 |
| tr | + | EDI: FRHFISCHER.COM | Oct 29 2022 03:58:00 | Rebecca Hoyt Fischer, 525 E. Colfax Ave., Unit #101, South Bend, IN 46617-2800 |
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Oct 29 2022 00:07:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| ust | | Email/Text: ustpregion10.so.ecf@usdoj.gov | Oct 29 2022 00:07:00 | Nancy J. Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 15498193 | + | EDI: BANKAMER.COM | Oct 29 2022 03:58:00 | Bank of America, Attn: Bankruptcy Dept., PO BOX 982238, EL PASO,TX 79998-2238 |
| 15498191 | + | EDI: TSYS2 | Oct 29 2022 03:58:00 | Barclays Bank Delaware, Attn: Bankruptcy Dept., PO BOX 8803, WILMINGTON,DE 19899-8803 |
| 15498195 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2022 00:06:00 | Citizens Bank Na, Attn: Bankruptcy Dept., 480 JEFFERSON BLVD, WARWICK,RI 02886 |
| 15498192 | + | EDI: CITICORP.COM | Oct 29 2022 03:58:00 | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 15498194 | + | Email/Text: bankruptcy@commercebank.com | Oct 29 2022 00:07:00 | Commerce Bk, Attn: Bankruptcy Dept., PO BOX 411036, KANSAS CITY,MO 64141-1036 |
| 15498198 | ^ | MEBN | Oct 29 2022 00:03:56 | Equifax, Attn: Bankruptcy Dept., Po Box 740241, Atlanta,Ga 30374-0241 |
| 15498197 | ^ | MEBN | Oct 29 2022 00:05:07 | Experian, Attn: Bankruptcy Dept., Po Box 2002, Allen,Tx 75013-2002 |
| 15498187 | | Email/Text: ben.meyer@gcu.edu | Oct 29 2022 00:06:00 | Grand Canyon Universit, Attn: Bankruptcy Dept., 3300 W CAMELBACK RD, PHOENIX,AZ 85017 |
| 15498568 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Oct 29 2022 00:08:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15498188 | | EDI: JPMORGANCHASE | | |

District/off: 0755-3                      User: admin                              Page 2 of 2

Date Rcvd: Oct 28, 2022                   Form ID: 309A                            Total Noticed: 21

| | | Oct 29 2022 03:58:00 | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850 |
| 15498567 | Email/Text: dmathews@sjcindiana.com | Oct 29 2022 00:07:00 | St. Joseph County Treasurer, County City Building, 227 West Jefferson Blvd, South Bend IN 46601 |
| 15498201 | Email/Text: birminghamtops@sba.gov | Oct 29 2022 00:08:12 | Small Business Administration, Bankruptcy Department, 801 Tom Martin Dr., Ste. 201, Birmingham,AL 35211-6424 |
| 15498196 | ^ MEBN | Oct 29 2022 00:04:42 | Transunion, Attn: Bankruptcy Dept., Po Box 1000, Chester,Pa 19016-1000 |
| 15498189 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 29 2022 00:07:00 | Us Dept of Ed/Glelsi, Attn: Bankruptcy Dept., PO BOX 7860, MADISON,WI 53707-7860 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15498190 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Madison Sadler | on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Rebecca Hoyt Fischer | roberta@ladfislaw.com  RHF@trustesolutions.net;lisa@ladfislaw.com |

TOTAL: 3

Information to identify the case:

| | |
|---|---|
| Debtor 1: **Cathy Jo Ann Weaver**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–6960<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:    Northern District of Indiana | Date case filed for chapter:         7    10/27/22 |
| Case number:    22–31102–pes | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Cathy Jo Ann Weaver | | |
| 2. | **All other names used in the last 8 years** | aka Cathy Joann Weaver | | |
| 3. | **Address** | 714 Carlton St<br>Mishawaka, IN 46544 | | |
| 4. | **Debtor's attorney**<br>Name and address | John Madison Sadler<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603 | | Contact phone 312–332–1800<br>Email: mer@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rebecca Hoyt Fischer<br>525 E. Colfax Ave., Unit #101<br>South Bend, IN 46617 | | Contact phone 574–284–2354<br>Email: roberta@ladfislaw.com |

**For more information, see page 2 >**

Debtor  **Cathy Jo Ann Weaver**                                                  Case number **22–31102–pes**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 401 S. Michigan Street<br>South Bend, IN 46601 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br><br>Contact phone 574–968–2100<br><br>Date: 10/28/22 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 29, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Number: 888–913–8290, Access Code: 4919415** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/30/23** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |