IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | | |
|---|---|---|---|
| In re  Cathy Weaver, | ) | Chapter 7 | |
| | ) | | |
| Debtor(s) | ) | Case # 22-31102 | |
| | ) | | |
| | ) | Judge Paul E. Singleton | |

**<u>NOTICE OF APPEARANCE</u>**

Comes now Alexander Starkey of Geraci Law LLC, and respectfully files an appearance in this case. Alexander Starkey is presently an attorney with Geraci Law LLC and requests that her appearance, on behalf of her law firm, Geraci Law LLC, be entered in this case.

Wherefore, Alexander Starkey , now prays the Court to enter her appearance in this matter.

Respectfully submitted,

*/s/ Alexander Starkey*
Alexander Starkey
Geraci Law, LLC
55 E. Monroe St., Ste. 3400
Chicago, IL 60603
Attorneys for Debtor(s)