**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| IN RE: ) | Case No.  22-31102 |
| **CATHY JO ANN WEAVER** ) | S.S.# xxx-xx-6960 |
| ) | |
| **Debtor.** ) | Chapter 7 Bankruptcy |

## MOTION FOR TURNOVER

Comes now Rebecca H. Fischer, Chapter 7 Trustee ("Trustee"), pursuant to 11 U.S.C. §542 and in support of her Motion for Turnover, shows the Court as follows:

1. Trustee was appointed Trustee in the above-captioned matter on October 27, 2022.

2. Debtor(s) filed bankruptcy on October 27, 2022.

3. Trustee advised Debtor at the Meeting of Creditors of the necessity to turn over copies of bank statements for her Venmo bank account for August, September and October 2022 as well as a date of filing balance for that account.

4. The Trustee has not received that documentation.

5. Wherefore, the Trustee requests that an order be entered requiring the Debtor to turnover copies of bank statements for her Venmo bank account for August, September and October 2022 as well as a date of filing balance for that account within 10 days of this Court's order, and for all other just and proper relief in the premises.

Dated:  December 15, 2022         /s/ Rebecca H. Fischer, Trustee
                                  Rebecca H. Fischer         # 10537-72
                                  Laderer & Fischer, P.C.
                                  525 E. Colfax Ave., Unit 101
                                  South Bend, IN  46617
                                  Telephone:  574-284-2354
                                  rebecca@ladfislaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on December 15, 2022, service of a true and complete copy of the above document was served electronically through the court's ECF system upon the following parties:

    John Madison Sadler                        U.S. Trustee
    MER@GERACILAW.COM            USTPRegion10.SOECF@usdoj.gov

And by first class postage paid mail upon the following parties:

    Cathy Jo Ann Weaver
    714 Carlton St
    Mishawaka, IN 46544

                                                          /s/ Roberta J. Kickbush
                                                          Roberta J. Kickbush, IRP