**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

## ORDER FOR TURNOVER

At South Bend, Indiana on _____

This cause came to be heard by the Trustee's Motion for Turnover and the Court being

duly advised in the premises and finding that said Motion should be granted.

It is **THEREFORE ORDERED** that the Debtor turnover to Rebecca H. Fischer, Trustee,

within ten (10) days of the date of this order copies of bank statements for her Venmo bank account for

August, September and October 2022 as well as a date of filing balance for that account.

**SO ORDERED.**

_____
Paul E. Singleton, Judge
United States Bankruptcy Court