**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**South Bend Division**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-31102 |
| | ) | |
| CATHY JO ANN WEAVER | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor(s). | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to L.B.R. B-2002-3, on the 15th day of December, 2022, a copy of the attached Notice of Motion and Opportunity to Object was served by the Court's electronic ECF mail system upon the following:

U.S. Trustee
USTRegion10.SO.ECF@usdoj.gov

JOHN MADISON SADLER
MER@GERACILAW.COM

And by regular U.S. postage paid mail upon the following parties on the attached matrix.


/s/ Roberta J. Kickbush
Roberta J. Kickbush, IRP

Laderer & Fischer PC
525 E. Colfax Avenue, #101
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| Debtor. | ) | **Chapter 7 Bankruptcy** |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On December 15, 2022, Rebecca H. Fischer, Chapter 7 Trustee filed a Motion for Turnover, asking the Court to order the Debtor to turnover copies of bank statements for her Venmo bank account for August, September and October 2022 as well as a date of filing balance for that account.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, then on or before **January 5, 2023**, you or your attorney must:

File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at Robert K. Rodibaugh United States Bankruptcy Courthouse, 401 South Michigan Street, South Bend, Indiana 46601.

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the motion for hearing, which you or your attorney will be expected to attend.

Date:  December 15, 2022

/s/ Rebecca Hoyt Fischer          #10537-72
LADERER & FISCHER
525 East Colfax Avenue, Unit #101
South Bend, IN 46617
Telephone: (574) 284-2354
Roberta@ladfislaw.com

Label Matrix for local noticing
0755-3
Case 22-31102-pes
Northern District of Indiana
South Bend Division
Thu Dec 15 10:05:51 EST 2022

Bank of America
Attn: Bankruptcy Dept.
PO BOX 982238
EL PASO,TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy Dept.
PO BOX 8803
WILMINGTON,DE 19899-8803

Citicards Cbna
Attn: Bankruptcy Dept.
PO BOX 6241
SIOUX FALLS,SD 57117-6241

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Commerce Bk
Attn: Bankruptcy Dept.
PO BOX 411036
KANSAS CITY,MO 64141-1036

Equifax
Attn: Bankruptcy Dept.
Po Box 740241
Atlanta,Ga 30374-0241

Experian
Attn: Bankruptcy Dept.
Po Box 2002
Allen,Tx 75013-2002

Nancy J. Gargula
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

(p)GRAND CANYON UNIVERSITY
ATTN ATTN OFC OF GENERAL COUNSEL
PO BOX 11097
PHOENIX AZ 85061-1097

Rebecca Hoyt Fischer
525 E. Colfax Ave., Unit #101
South Bend, IN 46617-2800

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

(p)INDIANA DEPARTMENT OF WORKFORCE DEVELOPMEN
ATTENTION LILLIAN BAILEY
10 N SENATE AVENUE SE109
INDIANAPOLIS IN 46204-2201

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

John Madison Sadler
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603-5920

Small Business Administration
Bankruptcy Department
801 Tom Martin Dr., Ste. 201
Birmingham,AL 35211-6424

(p)ST JOSEPH COUNTY TREASURERS OFFICE
ATTN DAWN MATHEWS
227 W JEFFERSON BLVD
SOUTH BEND IN 46601-1830

Alexander Jon Starkey
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603-5920

The Evolutionary Level Above Human, Inc. d/b
C/O Messner Reeves LLP
7250 N. 16th St, Ste 410
Case # 22-CV-00395
Phoenix,AZ 85020-5264

Transunion
Attn: Bankruptcy Dept.
Po Box 1000
Chester,Pa 19016-1000

US District Court, Northern District of Indi
Bankruptcy Dept
1300 S. Harrison St
Case # 22-CV-00395
Fort Wayne,IN 46802-3435

Us Dept of Ed/Glelsi
Attn: Bankruptcy Dept.
PO BOX 7860
MADISON,WI 53707-7860

Cathy Jo Ann Weaver
714 Carlton St
Mishawaka, IN 46544-4562

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Bank Na
Attn: Bankruptcy Dept.
480 JEFFERSON BLVD
WARWICK,RI 02886

Grand Canyon Universit
Attn: Bankruptcy Dept.
3300 W CAMELBACK RD
PHOENIX,AZ 85017

Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, N240
Indianapolis IN  46204

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

Jpmcb Card
Attn: Bankruptcy Dept.
PO BOX 15369
WILMINGTON,DE 19850

St. Joseph County Treasurer
County City Building
227 West Jefferson Blvd
South Bend IN 46601

**End of Label Matrix**
**Mailable recipients**    22
**Bypassed recipients**     0
**Total**                  22