**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

**MOTION TO EXTEND DEADLINE TO FILE COMPLAINT**
**OBJECTING TO DISCHARGE**

Comes now Rebecca Hoyt Fischer, the Trustee appointed in this case, and moves the Court pursuant to Fed. R. Bankr. Proc. 4004, and N.D. Ind. L.B.R. B-4004-1 for an Order extending the deadline to file a complaint objecting to discharge and in support thereof states:

1.      That the 341 meeting for the above-captioned debtors was scheduled for and held on November 29, 2022. The hearing was continued for the receipt of additional bank information to December 14, 2022.

2.      The deadline to file a complaint objecting to discharge of debtor is January 30, 2023.

3.      The debtor has not provided the requested bank information and failed to appear at her December 14, 2022 341 meeting.

4.      The Trustee is filing a motion for turnover of the requested documentation and requests time for the Trustee to receive those documents before granting discharge.

Wherefore, the Trustee prays that the Court grant the Trustee's motion, extend the deadline to file a complaint objecting to discharge to April 1, 2023 and for all other just and proper relief.  Any objections to this Motion must be filed within fourteen (14) days of the date this Motion was served.

1

Dated: December 15, 2022          /s/ Rebecca H. Fischer
                                  Rebecca Hoyt Fischer            #10537-72
                                  LADERER & FISCHER, P.C.
                                  525 E. Colfax Ave., Unit 101
                                  South Bend, IN 46617
                                  Telephone: (574) 284-2354
                                  Facsimile: (574) 284-2356

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, a true and correct copy of the above and foregoing Motion was served electronically through the court's ECF system upon the following parties:

John Madison Sadler                  U.S. Trustee
MER@GERACILAW.COM                    USTPRegion10.SO.ECF@usdoj.gov

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Cathy Jo Ann Weaver
714 Carlton St
Mishawaka, IN 46544

                                  /s/ Roberta J. Kickbush
                                  Roberta J. Kickbush, IRP

2