**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

**ORDER EXTENDING DEADLINE**

At South Bend, Indiana on _____

Rebecca Hoyt Fischer, the Trustee herein, having filed her Motion to Extend Deadline to File

Complaint Objecting to Discharge and the Court having reviewed said Motion and being duly

advised in the premises

IT IS THEREFORE ORDERED that deadline to file complaints objecting to discharge is

extended to April 1, 2023.


_____
The Honorable Paul E Singleton
Judge, U.S. Bankruptcy Court

3