**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

**ORDER EXTENDING DEADLINE**

At South Bend, Indiana on January 4, 2023_____

Rebecca Hoyt Fischer, the Trustee herein, having filed her Motion to Extend Deadline to File

Complaint Objecting to Discharge and the Court having reviewed said Motion and being duly

advised in the premises

IT IS THEREFORE ORDERED that deadline to file complaints objecting to discharge is

extended to April 1, 2023.


_/s/ Paul E. Singleton_____
Judge, United States Bankruptcy Court          CO 101

3