# Notice Recipients

District/Off: 0755–3            User: admin                    Date Created: 1/4/2023

Case: 22–31102–pes            Form ID: pdf004                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Cathy Jo Ann Weaver      714 Carlton St        Mishawaka, IN 46544

                                                                    TOTAL: 1