United States Bankruptcy Court

Northern District of Indiana

In re:                                                                                    Case No. 22-31102-pes

Cathy Jo Ann Weaver                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0755-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

**Recip ID                    Recipient Name and Address**
db                    +  Cathy Jo Ann Weaver, 714 Carlton St, Mishawaka, IN 46544-4562

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

**Name                                Email Address**

Alexander Jon Starkey
                          on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com

John Madison Sadler
                          on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com

Nancy J. Gargula
                          USTPRegion10.SO.ECF@usdoj.gov

Rebecca Hoyt Fischer
                          roberta@ladfislaw.com  RHF@trustesolutions.net;lisa@ladfislaw.com

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  22-31102** |
| **CATHY JO ANN WEAVER** | ) | **S.S.# xxx-xx-6960** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

### ORDER EXTENDING DEADLINE

At South Bend, Indiana on January 4, 2023

Rebecca Hoyt Fischer, the Trustee herein, having filed her Motion to Extend Deadline to File Complaint Objecting to Discharge and the Court having reviewed said Motion and being duly advised in the premises

IT IS THEREFORE ORDERED that deadline to file complaints objecting to discharge is extended to April 1, 2023.

_/s/ Paul E. Singleton_

Judge, United States Bankruptcy Court          CO 101

3