# Notice Recipients

District/Off: 0755–3          User: admin          Date Created: 1/9/2023
Case: 22–31102–pes          Form ID: pdf004          Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Cathy Jo Ann Weaver          714 Carlton St          Mishawaka, IN 46544

TOTAL: 1