United States Bankruptcy Court

Northern District of Indiana

In re:                                                                                                  Case No. 22-31102-pes

Cathy Jo Ann Weaver                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3                              User: admin                                  Page 1 of 1

Date Rcvd: Jan 09, 2023                    Form ID: pdf004                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

**Recip ID              Recipient Name and Address**
db                    + Cathy Jo Ann Weaver, 714 Carlton St, Mishawaka, IN 46544-4562

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

**Name**                           **Email Address**

Alexander Jon Starkey
                                   on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com

John Madison Sadler
                                   on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com

Nancy J. Gargula
                                   USTPRegion10.SO.ECF@usdoj.gov

Rebecca Hoyt Fischer
                                   roberta@ladfislaw.com  RHF@trustesolutions.net;lisa@ladfislaw.com

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.  22-31102 |
| CATHY JO ANN WEAVER | ) | S.S.# xxx-xx-6960 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

## ORDER FOR TURNOVER

At South Bend, Indiana on January 9, 2023

This cause came to be heard by the Trustee's Motion for Turnover and the Court being

duly advised in the premises and finding that said Motion should be granted.

It is **THEREFORE ORDERED** that the Debtor turnover to Rebecca H. Fischer, Trustee,

within ten (10) days of the date of this order copies of bank statements for her Venmo bank account for

August, September and October 2022 as well as a date of filing balance for that account.

**SO ORDERED.**

*Paul E. Singleton*

Paul E. Singleton, Judge
United States Bankruptcy Court