# Notice Recipients

District/Off: 0755−3         User: admin               Date Created: 04/10/2023
Case: 22−31102−pes          Form ID: B318             Total: 22

**Recipients of Notice of Electronic Filing:**
tr          Rebecca Hoyt Fischer        roberta@ladfislaw.com
aty         Alexander Jon Starkey       mer@geracilaw.com
aty         John Madison Sadler         mer@geracilaw.com

                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Cathy Jo Ann Weaver         714 Carlton St        Mishawaka, IN 46544
smg         Indiana Employment Security Division        10 North Senate Street        Indianapolis, IN 46204
15498193    Bank of America        Attn: Bankruptcy Dept.        PO BOX 982238        EL PASO,TX 79998
15498191    Barclays Bank Delaware        Attn: Bankruptcy Dept.        PO BOX 8803        WILMINGTON,DE 19899
15498192    Citicards Cbna        Attn: Bankruptcy Dept.        PO BOX 6241        SIOUX FALLS,SD 57117
15498195    Citizens Bank Na        Attn: Bankruptcy Dept.        480 JEFFERSON BLVD        WARWICK,RI 02886
15498194    Commerce Bk        Attn: Bankruptcy Dept.        PO BOX 411036        KANSAS CITY,MO 64141
15498198    Equifax        Attn: Bankruptcy Dept.        Po Box 740241        Atlanta,Ga 30374
15498197    Experian        Attn: Bankruptcy Dept.        Po Box 2002        Allen,Tx 75013
15498187    Grand Canyon Universit        Attn: Bankruptcy Dept.        3300 W CAMELBACK RD        PHOENIX,AZ 85017
15498568    Indiana Department of Revenue        Bankruptcy Section        100 North Senate Avenue, N240        Indianapolis IN 46204
15498188    Jpmcb Card        Attn: Bankruptcy Dept.        PO BOX 15369        WILMINGTON,DE 19850
15498190    Jpmcb Card        Attn: Bankruptcy Dept.        PO BOX 15369        WILMINGTON,DE 19850
15498201    Small Business Administration        Bankruptcy Department        801 Tom Martin Dr., Ste. 201        Birmingham,AL 35211−6424
15498567    St. Joseph County Treasurer        County City Building        227 West Jefferson Blvd        South Bend IN 46601
15498199    The Evolutionary Level Above Human, Inc. d/b/a The        C/O Messner Reeves LLP        7250 N. 16th St, Ste 410        Case # 22−CV−00395        Phoenix,AZ 85020
15498196    Transunion        Attn: Bankruptcy Dept.        Po Box 1000        Chester,Pa 19022
15498200    US District Court, Northern District of Indiana        Bankruptcy Dept        1300 S. Harrison St        Case # 22−CV−00395        Fort Wayne,IN 46802
15498189    Us Dept of Ed/Glelsi        Attn: Bankruptcy Dept.        PO BOX 7860        MADISON,WI 53707

                                                                TOTAL: 19