United States Bankruptcy Court

Northern District of Indiana

In re:                                                                                                    Case No. 22-31102-pes

Cathy Jo Ann Weaver                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0755-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: B318 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Jo Ann Weaver, 714 Carlton St, Mishawaka, IN 46544-4562 |
| 15498199 | + | The Evolutionary Level Above Human, Inc. d/b/a The, C/O Messner Reeves LLP, 7250 N. 16th St, Ste 410, Case # 22-CV-00395, Phoenix,AZ 85020-5264 |
| 15498200 | + | US District Court, Northern District of Indiana, Bankruptcy Dept, 1300 S. Harrison St, Case # 22-CV-00395, Fort Wayne,IN 46802-3435 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Apr 11 2023 13:01:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| 15498193 | + | EDI: BANKAMER.COM | Apr 11 2023 16:53:00 | Bank of America, Attn: Bankruptcy Dept., PO BOX 982238, EL PASO,TX 79998-2238 |
| 15498191 | + | EDI: TSYS2 | Apr 11 2023 16:53:00 | Barclays Bank Delaware, Attn: Bankruptcy Dept., PO BOX 8803, WILMINGTON,DE 19899-8803 |
| 15498195 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2023 13:01:00 | Citizens Bank Na, Attn: Bankruptcy Dept., 480 JEFFERSON BLVD, WARWICK,RI 02886 |
| 15498192 | + | EDI: CITICORP.COM | Apr 11 2023 16:53:00 | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 15498194 | + | Email/Text: bankruptcy@commercebank.com | Apr 11 2023 13:02:00 | Commerce Bk, Attn: Bankruptcy Dept., PO BOX 411036, KANSAS CITY,MO 64141-1036 |
| 15498198 | ^ | MEBN | Apr 11 2023 12:56:17 | Equifax, Attn: Bankruptcy Dept., Po Box 740241, Atlanta,Ga 30374-0241 |
| 15498197 | ^ | MEBN | Apr 11 2023 12:56:49 | Experian, Attn: Bankruptcy Dept., Po Box 2002, Allen,Tx 75013-2002 |
| 15498187 | | Email/Text: ben.meyer@gcu.edu | Apr 11 2023 13:01:00 | Grand Canyon Universit, Attn: Bankruptcy Dept., 3300 W CAMELBACK RD, PHOENIX,AZ 85017 |
| 15498568 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Apr 11 2023 13:02:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15498188 | | EDI: JPMORGANCHASE | Apr 11 2023 16:53:00 | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850 |
| 15498567 | | Email/Text: dmathews@sjcindiana.com | Apr 11 2023 13:01:00 | St. Joseph County Treasurer, County City Building, 227 West Jefferson Blvd, South Bend IN 46601 |
| 15498201 | | Email/Text: birminghamtops@sba.gov | Apr 11 2023 13:02:25 | Small Business Administration, Bankruptcy Department, 801 Tom Martin Dr., Ste. 201, |

District/off: 0755-3

User: admin

Page 2 of 2

Date Rcvd: Apr 11, 2023

Form ID: B318

Total Noticed: 18

Birmingham,AL 35211-6424

15498196          ^  MEBN

Apr 11 2023 12:56:37       Transunion, Attn: Bankruptcy Dept., Po Box 1000, Chester,Pa 19016-1000

15498189          +  Email/Text: Great_Lakes_EBN_Docs@nelnet.net

Apr 11 2023 13:01:00       Us Dept of Ed/Glelsi, Attn: Bankruptcy Dept., PO BOX 7860, MADISON,WI 53707-7860

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15498190 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Jon Starkey | on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com |
| John Madison Sadler | on behalf of Debtor 1 Cathy Jo Ann Weaver mer@geracilaw.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Rebecca Hoyt Fischer | roberta@ladfislaw.com  RHF@trustesolutions.net;lisa@ladfislaw.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cathy Jo Ann Weaver <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6960 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Northern District of Indiana | | |
| Case number:   22–31102–pes | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cathy Jo Ann Weaver
aka Cathy Joann Weaver

4/10/23

**By the court:**  Paul E. Singleton
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

Official Form 318 **Order of Discharge** page 2