# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Cathy Jo Ann Weaver<br>aka Cathy Joann Weaver<br>xxx–xx–6960<br>714 Carlton St<br>Mishawaka, IN 46544 | )<br>)<br>)<br>) Case Number: 22–31102–pes<br>)<br>)<br>)<br>) Chapter: 7<br>) |

## ORDER APPROVING FINAL ACCOUNT, DISCHARGING TRUSTEE AND CLOSING CASE

   The Trustee having filed the Final Report and Account, and having certified that the estate has been fully administered, and no objections having been filed thereto by the U.S. Trustee, or a party in interest, within 30 days pursuant to Fed. R. BK. P. 5009, the Court finds that this estate has been fully administered. It is therefore,

   ORDERED, that the Final Report and Account of the Trustee is hereby approved, the Trustee of the above estate, along with the surety, is hereby discharged from any further liability or responsibility, except any liability which may have occurred during the time as any surety was in effect as to this estate, and the estate is hereby closed pursuant to 11 U.S.C. Section 350(a).

Dated: April 26, 2023 .

Paul E. Singleton
_____
Judge, United States Bankruptcy Court

Document No. 22