# Notice Recipients

District/Off: 0755–3               User: admin                    Date Created: 04/26/2023

Case: 22–31102–pes              Form ID: 619                   Total: 5


**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| tr | Rebecca Hoyt Fischer | roberta@ladfislaw.com |
| aty | Alexander Jon Starkey | mer@geracilaw.com |
| aty | John Madison Sadler | mer@geracilaw.com |

TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Cathy Jo Ann Weaver | 714 Carlton St | Mishawaka, IN 46544 |

TOTAL: 1